DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE ON BEHALF OF THE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR5, a national banking association, | Case No. 2:16-cv-01069-MMD-VCF |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION TO COMPEL [ECF NO. 33] AND MOTION TO AMEND [ECF NO. 34]** |
| vs. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; ELDORADO THIRD COMMUNITY ASSOCIATION, a Nevada non-profit corporation, | |
| Defendants. | |

SFR Investments Pool 1, LLC ("SFR") and Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective counsel of record, hereby stipulate as follows:

1. Wells Fargo filed its Motion to Compel [ECF No. 33] and Motion to Amend Schedule [ECF No. 34] on November 30, 2017 ("Motions").

2. SFR's Response to the Motions are due on or before December 14, 2017.

3. The parties hereby stipulate and agree that SFR's Response to the Motions be filed on or before December 18, 2017.

- 1 -

4.  This is the first request for an extension of these deadlines and it is not made for the purposes of delay. The additional time requested is to allow counsel to meaningfully resolve, in part, the discovery dispute.

DATED this ___14th___ day of December, 2017.    DATED this ___14th___ day of December, 2017.

**KIM GILBERT EBRON**                            **BALLARD SPAHR LLP**

*/s/ Karen L. Hanks*                              */s/ Sylvia Semper*
Diana S. Ebron, Esq.                              Sylvia Semper, Esq.
Nevada Bar No. 10580                              Nevada Bar No. 12863
Jacqueline A. Gilbert, Esq.                       100 North City Parkway, Ste 1750
Nevada Bar No. 10593                              Las Vegas, Nevada 89106
Karen L. Hanks, Esq.                              *Attorney for Wells Fargo Bank, N.A.*
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
*Attorney for SFR Investments Pool 1, LLC*

<u>**ORDER**</u>

**IT IS SO ORDERED.**

The reply is due December 26, 2017.

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: _____12-15-2017_____

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301