# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WELLS FARGO BANK, N.A., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, *et al.*, <br><br> Defendants. | 2:16-cv-01069-MMD-VCF <br> **ORDER** |

Before the Court are the Motion to Compel Defendant SFR Investments Pool 1, LLC to Provide Knowledgeable Witness for Rule 30(b) Deposition and to Produce Relate Documents (ECF No. 33) and Motion to Amend Discovery Plan and Scheduling Order to Extend Dispositive Motions Deadline and Deadline for Pretrial Order (ECF No. 34).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion to Compel Defendant SFR Investments Pool 1, LLC to Provide Knowledgeable Witness for Rule 30(b) Deposition and to Produce Relate Documents (ECF No. 33) and Motion to Amend Discovery Plan and Scheduling Order to Extend Dispositive Motions Deadline and Deadline for Pretrial Order (ECF No. 34) is scheduled for 10:00 AM, March 9, 2018, in Courtroom 3D.

DATED this 22nd day of February, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE