Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: shiroffj@ballardspahr.com

*Attorneys for Plaintiff Wells Fargo Bank, National Association, as trustee, on behalf of the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding Trust 2006-AR5, Mortgage Pass-Through Certificates, Series 2006-AR5*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR5, a national banking association<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; ELDORADO THIRD COMMUNITY ASSOCIATION, a Nevada non-profit corporation.<br><br>Defendant. | Case No. 2:16-cv-01069-MMD-VCF<br><br>**PLAINTIFF'S MOTION FOR REMOVAL FROM ELECTRONIC SERVICE LIST** |

|   |   |
|---|---|
| ELDORADO THIRD COMMUNITY ASSOCIATION, a Nevada non-profit corporation; | |
| Third-Party Plaintiff, | |
| v. | |
| ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited liability company; | |
| Third-Party Defendant. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; | |
| Counter Claimant, | |
| v. | |
| WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR5, a national banking association; | |
| Counter Defendant. | |

Plaintiff, WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR5 ("Trustee") ") hereby moves for removal of Sylvia O. Semper, Esq., from the electronic service list. Trustee will continue to be represented by Abran E. Vigil and Justin A. Shiroff of Ballard Spahr LLP in this case.

Documents are no longer to be served by electronic means to the following person:

Sylvia O. Semper: sempers@ballardspahr.com

[Signature On Following Page]

2

1 | Dated this August 22, 2018.

BALLARD SPAHR LLP

By: */s/ Justin A. Shiroff*
    Abran E. Vigil
    Nevada Bar No. 7548
    Justin A. Shiroff
    Nevada Bar No. 12869
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for Plaintiff/Counter-Defendant*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 8-23-2018

## CERTIFICATE OF SERVICE

I certify that on August 22, 2018, a copy of the foregoing **PLAINTIFF'S MOTION FOR REMOVAL FROM ELECTRONIC SERVICE LIST** was served upon each of the parties via electronic service through the United States District Court for the District of Nevada's CM/ECF filing system.

*/s/ C. Bowman*
An employee of BALLARD SPAHR LLP
