Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: shiroffj@ballardspahr.com

*Attorneys for Plaintiff Wells Fargo Bank, National Association, as trustee, on behalf of the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding Trust 2006-AR5, Mortgage Pass-Through Certificates, Series 2006-AR5*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR5, a national banking association<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; ELDORADO THIRD COMMUNITY ASSOCIATION, a Nevada non-profit corporation.<br><br>Defendant. | Case No. 2:16-cv-01069-MMD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958
(702) 471-7000 FAX (702) 471-7070

|   |   |
|---|---|
| ELDORADO THIRD COMMUNITY ASSOCIATION, a Nevada non-profit corporation; <br><br> Third-Party Plaintiff, <br><br> v. <br><br> ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited liability company; <br><br> Third-Party Defendant. |   |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; <br><br> Counter Claimant, <br><br> v. <br><br> WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR5, a national banking association; <br><br> Counter Defendant. |   |

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-defendant, Wells Fargo Bank, N.A., as Trustee, on Behalf of the Holders of Structured Asset Mortgage Investments II, Inc., Bears Sterns Mortgage Funding Trust 2006-AR5, Mortgage Pass-Through Certificates, Series 2006-AR5 (the "Trustee"), Defendant/Counterclaimant SFR Investment Pools 1, LLC ("SFR"), Defendant/Third-Party Complainant Eldorado Third Community Association (the "Association"), and Third-Party Defendant Absolute Collection Services, LLC (collectively, the "Parties") hereby stipulate as follows:

1. This action concerns title to real property commonly known as 1309 Silent Sunset Ave., North Las Vegas, Nevada 89084 (the "Property") following a homeowner's association foreclosure sale conducted on May 15, 2012, with respect to the Property.

2

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20061213-0002365 (the "Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have agreed to release their respective claims, and further agreed that the claims between them, including the Complaint, Counterclaim, and Third-Party Complaint, shall be DISMISSED with prejudice.

4. The Parties further stipulate and agree that the two Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 20131127-0001142, and 20170207-0001482 be, and the same hereby are, EXPUNGED.

5. The Parties further stipulate and agree that the $500 in security costs posted by Chase on July 13, 2016 pursuant to this Court's Order [ECF No. 11] shall be discharged and released to the Ballard Spahr LLP Trust Account.

6. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder; and

(*Remainder of Page Intentionally Left Blank*)

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958
(702) 471-7000 FAX (702) 471-7070

7. Each party in this case number 2:16-cv-01069-MMD-VCF shall bear its own attorneys' fees and costs.

Dated: December 18, 2018

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Justin A. Shiroff<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Justin A. Shiroff<br>Nevada Bar No. 12869<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Jaqueline A. Gilbert<br>Diana S. Ebron<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert<br>Nevada Bar No. 10593<br>Karen L. Hanks<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139 |
| *Attorneys for Wells Fargo Bank, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |
| ABSOLUTE COLLECTION SERVICES, LLC | BOYACK ORME & ANTHONY |
| By: /s/ Shane D. Cox<br>Shane D. Cox, Esq.<br>7485 W. Azure, Suite 129<br>Las Vegas, Nevada 89130 | By: /s/ Christopher B. Anthony<br>Edward D. Boyack<br>Nevada Bar No. 5229<br>Christopher B. Anthony<br>Nevada Bar No. 9748<br>7432 W. Sahara Ave.,<br>Las Vegas, Nevada 89117 |
| *Attorneys for Third-Party Defendant Absolute Collection Services, LLC* | *Attorneys for Defendant/Third-Party Plaintiff Eldorado Third Community Association* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: December 20, 2018

4